| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )    2:09-cr-00374-WBS |
| v. | ) |
| | ) |
| JUAN BERNARDINO GALVEZ | ) |

**FILED**

**NOV 1 0 2009**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (X) Ad Prosequendum         () Ad Testificandum

Name of Detainee:         JUAN BERNARDINO GALVEZ
Detained at (custodian):     CCC Susanville State Prison
Detainee is:     a.)     (X) charged in this district by:   (X) Indictment () Information () Complaint
                      charging detainee with: <u>Conspiracy to Manufacture Marijuana; Manufacture of</u>
                      <u>Marijuana; and Possession of A Firearm in Furtherance of Drug Trafficking Crimes</u>
    or     b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     () return to the custody of detaining facility upon termination of proceedings
    or     b.)     (X) be retained in federal custody until final disposition of federal charges, as a sentence
                  is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

        Signature:               /s/Samuel Wong
        Printed Name & Phone No:   AUSA SAMUEL WONG, 916-554-2772
        Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum         () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: **11/9/09**

                            *Dale A. Drozd*
                            United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____     Male <u>X</u>   Female ___
Booking or CDC #:     G-35185     DOB:
Facility Address:     CCC Susanville State Prison     Race:
                  711-045 Center Road, Susanville, CA 96130     FBI #:
Facility Phone:     530-257-2181
Currently Incarcerated For: _____

### RETURN OF SERVICE

Executed on _____     By: _____
                                              (Signature)