PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00374-WBS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOSE DEJESUS GALVEZ-GARCIA, ET AL., | |
| Defendants. | |

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment is dismissed against defendants Jose DeJesus Galvez-Garcia, Erendira Machado-Montoya, and Juan Gabriel Larios-Mofrin. The pending arrest warrants against the above-captioned defendants are recalled.

Dated: January 25, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE